# DOCKET SHEET
## Case No. DC-16-09914

**OBDULIA VERGARA**  
**vs. TRANSAMERICA LIFE**

§ § § §

Location: **44th District Court**  
Judicial Officer: **GOLDSTEIN, BONNIE LEE**  
Filed on: **08/15/2016**

---

### CASE INFORMATION

Case Type: **INSURANCE**

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **PLAINTIFF** | **VERGARA, OBDULIA** | **BELTZ, JEFFREY**<br>*Retained*<br>214-321-4105(W) |
| **DEFENDANT** | **TRANSAMERICA LIFE** | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/15/2016 | NEW CASE FILED (OCA) - CIVIL | |
| 08/15/2016 | ORIGINAL PETITION<br>*ORIGINAL PETITION-VERGARA* | |
| 08/15/2016 | CASE FILING COVER SHEET<br>*CIVIL COVER SHEET-VERGARA* | |
| 08/15/2016 | ISSUE CITATION | |
| 08/16/2016 | JURY DEMAND<br>Party: PLAINTIFF VERGARA, OBDULIA | |
| 08/16/2016 | **CITATION**<br>TRANSAMERICA LIFE<br>Served: 08/18/2016<br>*ESERVE/AM* | |
| 08/16/2016 | CITATION ISSUED | |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **PLAINTIFF VERGARA, OBDULIA**<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 9/8/2016** | | 335.00<br>335.00<br>**0.00** |
| 08/16/2016 | Charge | PLAINTIFF VERGARA, OBDULIA | 335.00 |
| 08/16/2016 | CREDIT CARD - Receipt # 51630-2016-DCLK TEXFILE (DC) | PLAINTIFF VERGARA, OBDULIA | (335.00) |

STATE OF TEXAS }
COUNTY OF DALLAS

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this ___ day of Sept., A.D. 2016

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _____ Deputy