**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| OBDULIA VERGARA<br>    Plaintiff, | § § § | |
| V. | § | CIVIL ACTION NO. 16-CV-2565 |
| TRANSAMERICA LIFE<br>INSURANCE COMPANY<br>    Defendant. | § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Obdulia Vergara and Defendant Transamerica Life Insurance Company stipulate the above-numbered and entitled civil action is dismissed with prejudice for the reason that the matter has been fully and finally resolved.

**WHEREFORE,** Plaintiff Obdulia Vergara and Defendant Transamerica Life Insurance Company stipulate the above-numbered and entitled civil action is dismissed with prejudice and that all costs of Court be paid by the party incurring same.

| | |
|---|---|
| **Respectfully submitted,** | **Respectfully submitted,** |
| **THE BELTZ LAW FIRM, PLLC** | **ADKERSON, HAUDER & BEZNEY, P.C.** |
| By:  /s/ Jeffrey Beltz.<br>    JEFFREY BELTZ<br>    State Bar No.  24038754 | By:   /s/ Bernie E. Hauder<br>    BERNIE E. HAUDER<br>    Stated Bar No. 09233600 |
| 8360 LBJ FWY, SUITE 260<br>Dallas, Texas 75243<br>214-321-4105<br>214-321-4157- Facsimile<br>Email: jbeltz@beltzlaw.com | 1700 Pacific Avenue, Suite 4450<br>Dallas, Texas 75201-7323<br>214-740-2500<br>214-740-2501 - Facsimile<br>E-Mail Bernie@ahblaw.net |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |